

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 30, 2025

**By ECF**

The Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

   Re:  *United States of America v. James R. McWilliam, et al.*,
       No. 25 Civ. 4143 (CS)

Dear Judge Seibel:

  This Office represents plaintiff the United States of America (the "government") in the above-referenced action brought pursuant to 26 U.S.C. §§ 7401 and 7403, which seeks, on behalf of the Internal Revenue Service ("IRS"), to reduce to judgment certain federal tax liabilities of defendants James R. McWilliam and Catherine O. McWilliam (together, the "McWilliams") and to enforce and foreclose on tax liens upon real property they own. The government has also named as defendants NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") and New York State Department of Taxation and Finance ("New York Department of Taxation") because such parties may have an interest in the relevant property. *See* 26 U.S.C. § 7403.

  I write respectfully, pursuant to Federal Rule of Civil Procedure 15(a)(2), to seek the Court's leave for the government to amend its complaint to add Deutsche Bank National Trust Company, as Trustee for the Certificate holders of Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificates, Series 2005-OPT3 ("Deutsche Bank"), as an additional defendant. Defendants the McWilliams and Shellpoint consent to this request.[1]

  The government makes this request because it recently learned that Deutsche Bank holds a mortgage on the real property at issue in this case, and thus is a required party under 26 U.S.C. § 7403, which requires "[a]ll persons having liens upon or claiming any interest" in the relevant property to "be made parties" to an action under that provision. The initial complaint incorrectly indicated that Shellpoint held the mortgage on the relevant property. *See* Compl., ECF No. 1, ¶ 9. But in reviewing Shellpoint's answer, ECF No. 17, ¶ 9, the government learned that Deutsche Bank holds the mortgage on the relevant property while Shellpoint is the mortgage servicer. The original complaint contemplated that there may be additional parties "having liens upon or claiming any interest" in the property and included Defendants John Does 1-10 to account for that possibility. Compl. ¶ 10.

---

[1] As New York State Department of Taxation and Finance has not responded to the complaint, the government has not sought its consent.

The proposed amended complaint is attached hereto, as is a redline showing the changes from the original complaint.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

BY: /s/ Mary Ellen Brennan
MARY ELLEN BRENNAN
Assistant United States Attorney
Tel.: (212) 637-2652
maryellen.brennan@usdoj.gov