

Ashley S. Miller

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 822 2255
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6489
ashley.miller@akerman.com

November 21, 2025

**VIA CM/ECF**

The Honorable Judge Cathy Seibel
United States District Court, Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States of America v. James R. McWilliam et al.*, **Case no. 25-cv-04143-CS**
      **Letter Motion to Withdraw**

Dear Judge Seibel:

I appeared as counsel for defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing (**Newrez**) and Deutsche Bank National Trust Company, as Trustee for the Certificate Holders of Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificates, Series 2005-OPT3 in the above-referenced matter.  My colleague, Ashley Slater, has also appeared as counsel.  I am leaving Akerman LLP, and I will no longer be handling this matter.  I respectfully request permission to withdraw as counsel for these defendants.  Thank you for your consideration.

Respectfully submitted,

*/s/ Ashley S. Miller*

Ashley S. Miller

cc:   Mary Ellen Brennan
      Assistant United States Attorney, Southern District of New York
      86 Chambers Street, 3rd Floor
      New York, New York 10007

akerman.com

84429348;1

The Honorable Magistrate Judge Michael F. Iasparro
November 21, 2025
Page 2

_____

       Tara Schwartz
       Assistant United States Attorney, Southern District of New York
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       *Counsel for Plaintiff United States of America*

       John P. Fazzio, Esq.
       Fazzio Law Offices
       305 Broadway, 7th Floor
       New York, NY 10007
       *Attorneys for Defendants James R. McWilliam and Catherine O. McWilliam*